Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Adam Davila  **Case Number:** 10-CR-10433

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole, U.S. District Judge

**Date of Original Sentence:** June 12, 2012

**Original Offense:** Conspiracy to Distribute Heroin, in violation of 21 U.S.C. 846 (Count 1) and Distiribution of Heroin, in violation of 21 U.S.C. 841(a)(1) (Count 2)

**Original Sentence:** 120 months of custody followed by 36 months of supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** May 27, 2016

---

## NON-COMPLIANCE SUMMARY

**Violation Number**   **Nature of Noncompliance**

I.   **Violation of Standard Condition of Supervised Release:** The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On 3/28/17, Mr. Davila provided a urine sample that was returned as diluted. He subsequently admitted to using heroin on 3/26/17.

U.S. Probation Officer Action: This instance of heroin use marks the second time since commencement of Mr. Davila's supervision that he has reverted to the use of an illegal narcotic. This office previously reported to the Court on 9/19/16, that Mr. Davila had relapsed and was using heroin on a daily basis from 8/31/17 to 9/7/16. In response to this most recent relapse, this officer worked with Mr. Davila and made a referral for him to participate in an Intensive Outpatient Program, to be followed by weekly group substance abuse treatment. This treatment is in conjunction with individual substance abuse treatment that Mr. Davila was previously participating in through Casa Esperanza.

Mr. Davila was open and honest about his most recent relapse and is requesting that our office assist him in regaining his sobriety. Given Mr. Davila's attitude and willingness to engage in treatment, the Probation Office is not requesting any judicial intervention at this time. However, Mr. Davila has been made aware that any further positive drug tests or non-compliance could result in our office requesting additional judicial intervention.

Reviewed/Approved by:

*/s/ Joseph LaFratta*
Joseph LaFratta
Supervising U.S. Probation Officer

Respectfully submitted,

*/s/ Christopher P. Moriarty*
by Christopher P. Moriarty
Senior U.S. Probation Officer

Date:          4/24/2017

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ X ] Approved
[   ] Submit a Request for Modifying the Conditions or Term of Supervision
[   ] Submit a Request for Warrant or Summons
[   ] Other

/s/ George A. O'Toole, Jr.
Signature of Judicial Officer

4/26/2017
Date